Louis Lotito, as Executor of Harry A. Kaufman, Deceased, Appellant, *v.* John A. Sullivan et al., Respondents.

Argued October 1, 1947; decided October 16, 1947.

*Milton N. Mound, Ira Schlusselberg* and *Julius J. Abeson* for appellant.

*Bernard Hershkopf, William Klein, Milton R. Weir* and *Adolph Lund* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., DESMOND, THACHER, DYE and FULD, JJ.; LEWIS and CONWAY, JJ., dissent and vote for reversal upon the ground that it cannot be said upon the present record that " there is in truth nothing to be tried " (*Curry v. Mackenzie,* 239 N. Y. 267, 270).